## THOMAS H. QUINN, INC. *v.* REALTY INVESTMENT CO., INC.

[No. 393, September Term, 1970.]

*Decided March 10, 1971.*

The cause was argued before HAMMOND, C. J., and BARNES, McWILLIAMS, FINAN, SINGLEY and SMITH, JJ.

*Kenneth J. Mackley* and *Ralph H. France, II,* with whom were *Ottinger, Mackley & Gilbert* on the brief, for appellant.

*Michael Evan Jaffe,* with whom were *Charles R. Donnenfeld, Arent, Fox, Kintner, Plotkin & Kahn* and *Andrew L. Isaacson* and *Linowes & Blocher* on the brief, for appellee.

PER CURIAM.

Maryland Rule 828 b 1 a requires that the printed extract shall include "the judgment appealed from together with the opinion or charge of the lower court, if any."

In this case, in which the appellant seeks to strike down Rule 542 of the Sixth Circuit which provides that the right of removal is waived unless a written suggestion of removal is filed within 45 days after the cause is at issue, the parties agreed upon a statement of undisputed facts under Rule 828 g but neither brief nor extract contains the judgment appealed from. We deem it appropriate to dismiss the appeal under Rule 828 i; *Roy v. Hyde,* 261 Md. 283, 274 A.2d 389 (1970).

*Appeal dismissed, costs to be paid by appellant.*